HARTRICK ERECTORS, INC. v. MAXSON-BETTS, INC.

[328 N.C. 326 (1991)]

HARTRICK ERECTORS, INC. v. MAXSON-BETTS, INC.

No. 194PA90

(Filed 7 March 1991)

ON discretionary review of a unanimous decision by the Court of Appeals, 98 N.C. App. 120, 389 S.E.2d 607 (1990), reversing an order entered 14 February 1989 by *Owens, J.,* in Superior Court, BUNCOMBE County, granting defendant's motion to dismiss. Heard in the Supreme Court 15 February 1991.

*Steven Andrew Jackson for plaintiff-appellee.*

*Roberts Stevens & Cogburn, P.A., by Steven D. Cogburn and Marjorie Rowe Mann, for defendant-appellant.*

PER CURIAM.

We conclude that defendant's petition for discretionary review was improvidently allowed.

Discretionary review improvidently allowed.